UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ROUGUI SYLLA** | **CASE NO. 6:23-CV-01617 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **HELEN GRIMES, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition (rec. doc. 1) and Motion to Stay (doc. 5) be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion to Appoint Counsel (rec. doc. 6) be **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 19th day of December, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE